UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 10-692(PGS) |
| v. | : | |
| DAVID FINDEL | : | <u>O R D E R</u> |

Upon application of the United States Attorney for the District of New Jersey (by Frances C. Bajada, Assistant United States Attorney), for an order unsealing the Affidavit in support of the Amended Order of Forfeiture and all related documents in the above-captioned matter, and good and sufficient cause having been shown,

IT IS on this ( ) day of March, 2011,

ORDERED that the Sealing Order previously entered in the above-captioned matter is no longer in effect; and it is further

ORDERED that the Affidavit in support of the Amended Order of Forfeiture and all related documents in the above-captioned matter be UNSEALED.

_____
HONORABLE PETER G. SHERIDAN
United States District Judge