PAUL J. FISHMAN
United States Attorney
FRANCES C. BAJADA
Assistant United States Attorney
970 Broad Street, 7th Floor
Newark, New Jersey 07102
(973) 645-2700

**RECEIVED**

MAR 15 2011

AT 8:30 _____ M
WILLIAM T. WALSH
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | HONORABLE PETER G. SHERIDAN, U.S.D.J |
| Plaintiff, | CRIMINAL NO. 10-692(PGS) |
| -v- | SEALING ORDER |
| DAVID FINDEL, | |
| Defendant. | |

Upon the application of the United States of America by Paul J. Fishman, United States Attorney for the District of New Jersey (Frances C. Bajada, Assistant United States Attorney, appearing) for an Order to amend the Consent Order of Forfeiture to include substitute property of defendant David Findel and the search of certain locations and seizure of property; and the application upon which this Court should order the documents submitted in support of its issuance be filed under seal; and for good cause shown;

IT IS on this 15 day of March, 2011

**ORDERED** that, with the exception of copies of the Order, the documents upon which its issuance is based and all other papers related to the above-captioned matter be filed under, and are hereby sealed, until further order of this Court.

_____
HONORABLE PETER G. SHERIDAN
United States District Court Judge