# WEIR & PLAZA, LLC

COUNSELLORS AT LAW
321 BROAD STREET
RED BANK, NEW JERSEY 07701
(732) 741-8181

ROBERT A. WEIR, JR *
EDWARD J. PLAZA †

ROBERT B. DONOVAN ‡
(Of Counsel)

E-MAIL: weirplaza@weirplaza.com
WEB SITE: www.weir-plaza.com
TELECOPIER: (732) 747-8088

ADMITTED TO PRACTICE
NJ, NY & DISTRICT OF COLUMBIA *
NJ & NY †
NEW JERSEY ‡

June 14, 2011

Hon. Peter G. Sheridan U.S.D.J.
United States District Court
Clarkson S. Fisher Fed. Building & Cthse.
402 E. State Street
Room 220
Trenton, New Jersey 08608

In Re: United States v. David Findel
Case #: ~~09-3685-01~~ Cr. 10-695 (PGS)
Sentencing Date: July 5, 2011

Dear Judge Sheridan:

We represent the Defendant, David Findel who scheduled to be sentenced before Your Honor on July 5, 2011 in regard to the above captioned matter.

I am scheduled for vacation that first week of July. I respectfully request that the sentencing be adjourned. I have previously discussed this request with AUSA Christopher Kelly, and he has consented to same.

Thank you for your courtesy and consideration.

Respectfully submitted,

ROBERT A. WEIR, JR.

RAW/jat
cc: Christopher Kelly, AUSA
    Via email
    Delores Hicks, Courtroom Deputy
    Lisa Trimboli, Sr. U.S. Probation Officer
    Via email
    David Findel

*Sentencing rescheduled for 7/14/11 at 12:00 pm*
SO ORDERED: [signature]
DATED: 6/15/11