

U.S. Department of Justice

*United States Attorney*

*District of New Jersey*

---

PAUL J. FISHMAN
*United States Attorney*

Frances C. Bajada
*Assistant U.S. Attorney*

970 Broad Street, Suite 700
*Newark, New Jersey 07102*
frances.bajada@usdoj.gov

general: (973) 645-2700
direct: (973) 297-2038
fax: (973) 645-3316

June 27, 2011

**ELECTRONICALLY FILED**

Honorable Peter G. Sheridan, U.S.D.J.
Clarkson S. Fisher Federal Building and U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

*[Handwritten note: There will be a telephone conference on July 14, 2011 at 2:00 PM to discuss this request. Peter Sheridan  ORDERED  6/27/11]*

    Re:   United States v. David Findel
            Criminal No. 10-692 (PGS)

Dear Judge Sheridan:

    Please accept this letter requesting, for purposes of judicial economy, a 90-day adjournment of the hearing scheduled for July 5, 2011 regarding Mike Findel's Petition for Adjudication of Interest Under 21 U.S.C. 853(n).

    On June 15, 2011, Maria Findel filed a Petition for Adjudication of Interest Under 21 U.S.C. 853(n). The United States would like to address her Petition and Mike Findel's Petition in the same hearing. Counsel for Mike Findel and Maria Findel consents to the adjournment.

                                            Respectfully submitted,

                                            PAUL J. FISHMAN
                                            United States Attorney

                                            *S/ Frances C. Bajada*
                                            By: FRANCES C. BAJADA
                                            Assistant United States Attorney

cc: Steven Nelson, Esq., via CM/ECF